IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CORDELL BELSAR,

   Petitioner,

    v.

STAN SHEPARD,

   Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-4147-TWT

**ORDER**

     This is a pro se habeas corpus action by a prisoner sentenced to life for murder pursuant to his 2001 conviction in the Superior Court of Cobb County. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action as untimely. The Petitioner fails to address the Magistrate Judge's well reasoned opinions for not applying equitable tolling to the Petitioner's claims. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be granted.

SO ORDERED, this 7 day of July, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge